1
2
3
4
5
6
7
8        UNITED STATES DISTRICT COURT
9        SOUTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11 GERALD MCGHEE, an individual, on behalf of himself and all others similarly situated,<br><br>12<br><br>13                                  Plaintiff,<br><br>14 v.<br><br>15 NORTH AMERICAN BANCARD, LLC,<br>                                  Defendant.<br>16<br>17<br>18 | Case No.:  3:17-CV-00586-AJB-KSC<br><br>**ORDER REGARDING DEFENDANT NORTH AMERICAN BANCARD, LLC'S EX PARTE APPLICATION FOR:**<br>**1. LEAVE TO RESPOND TO PLAINTIFF'S EVIDENTIARY OBJECTIONS; AND**<br><br>**2. ORAL ARGUMENT** |

19      The Court, having considered the Ex Parte Application For Leave To Respond To
20 Plaintiff's Evidentiary Objections And For Oral Argument, and good cause appearing
21 therefore,

22      **IT IS HEREBY ORDERED THAT**:

23      1. NAB is granted leave to respond to Plaintiff's evidentiary objections to NAB's
24         opposition to Plaintiff's motion for class certification. **<u>Any brief in response</u>**
25         **<u>must not exceed three pages in length. NAB's response is due by January 19,</u>**
26         **<u>2021. No further responses are permitted from any party.</u>**
27         ///
28         ///

1

2. The Court will hear Oral Argument on Plaintiff's motion.

**IT IS SO ORDERED.**

Dated:  January 14, 2021

Hon. Anthony J. Battaglia
United States District Judge

2