**MICHELMAN & ROBINSON, LLP**
Peter L. Steinman (SBN 144303)
Steven S. Davis (SBN 79019)
10880 Wilshire Blvd., 19th Floor
Los Angeles, California 90024
Telephone:  (310) 299-5500
Facsimile:   (310) 299-5600
psteinman@mrllp.com
sdavis@mrllp.com

Attorneys for Defendant North American Bancard, LLC

**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (SBN 178444)
Alex Tomasevic (SBN 245598)
Shaun Markley (SBN 291785)
225 Broadway, 19th Floor
San Diego, California 92101
Telephone: (619) 325-0492
Facsimile: (619) 325-0496
cnicholas@nicholaslaw.org
atomasevic@nicholaslaw.org
smarkley@nicholaslaw.org

[Additional Counsel appear on signature page]

Attorneys for Plaintiff Gerald McGhee

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNE BENNETT, an individual, on behalf of herself and all others similarly situated, and GERALD MCGHEE,<br><br>Plaintiff,<br><br>vs.<br><br>NORTH AMERICAN BANCARD, LLC,<br><br>Defendants. | Case No. 3:17-cv-00586-AJB-KSC<br><br>**JOINT MOTION TO MODIFY AMENDED SCHEDULING ORDER TO CONTINUE THE DATE TO COMPLETE DEPOSITIONS OF PLAINTIFF JUNE BENNETT AND DAVID BENNETT [DKT. 155]**<br><br>**Magistrate**: Hon. Karen S. Crawford<br>**Judge**: Hon. Anthony J. Battaglia<br><br>**Complaint Filed**: March 24, 2017 |

Defendant North American Bancard, LLC ("**Defendant**") and Plaintiffs Gerald McGhee and June Bennett ("**Plaintiffs**"), respectfully, submit this Joint Motion to Modify the Amended Scheduling Order (DKT. 155] to continue the current November 30, 2021 date to complete fact discovery to and including December 17, 2021. solely to take and complete the depositions of Plaintiff June Bennett and her husband David Bennett.

This Joint Motion is made with respect to the following facts:

1.  On September 29, 2021, the Court, the Honorable Magistrate Judge Karen S. Crawford, presiding, issued the Amended Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings ("**Amended Scheduling Order**").

2.  The Amended Scheduling Order, inter alia, set the fact discovery cut-off date for November 30, 2021, which necessarily includes Defendant's planned depositions of Plaintiff June Bennett and her husband David Bennett.

3.  The parties agreed that Plaintiff June Bennett's deposition would be taken on November 16, 2021 via remote means and Defendant served a deposition notice so stating. Defendant served a deposition subpoena and notice for David Bennett's deposition on Mr. Bennett and Plaintiffs' counsel, setting that deposition for November 18, 2021, via remote means.

4.  Lead Defense counsel Peter L. Steinman has suffered a death in his family that requires him to be out of state for an extended period of time, making it impossible to take and complete the Bennetts' depositions on the dates noticed, November 16 and 18, 2021.

5.  Because of the upcoming Thanksgiving holiday, there is insufficient time to take and complete the Bennetts' depositions within the current November 30, 2021 fact discovery cut-off date.

6.  Accordingly, Defense counsel have requested that the Amended Scheduling Order be modified solely to continue the last date for Defendant to take and complete the Bennetts' depositions to and including December 17, 2021.

7. Counsel for Plaintiffs has consented to Defendant's request, subject to the approval of the Court.

8. Therefore, counsel for the parties, subject to the approval of the Court, jointly request that the Amended Scheduling Order be modified to continue the fact discovery cut-off date to and including December 17, 2021, solely to complete the Bennetts' depositions. No other modification to the Amended Scheduling Order is requested.

9. No party has previously sought to amend the Amended Scheduling Order.

Based on the foregoing, the Parties respectfully request that this Court Order as follows:

The Amended Scheduling Order is modified to continue the fact discovery cut-off date from November 30, 2021 to and including December 17, 2021, solely to complete June Bennett's deposition and David Bennett's deposition. All other terms of the Amended Scheduling Order remain unchanged.

Respectfully submitted:

Dated: November 5, 2021

**MICHELMAN & ROBINSON, LLP**

By: /s/ Peter L. Steinman
Peter L. Steinman, Esq.
Steven S. Davis, Esq.
Attorneys for Defendant NORTH AMERICAN BANCARD, LLC

**LAGUARDIA LAW**
Eric A. LaGuardia
402 W Broadway, Ste. 800
San Diego, CA 92101-8506
Tel: (619) 655-4322
Fax: (619) 655-4344
Email: eal@laguardialaw.com

Attorneys for Plaintiff
*Gerald McGhee*

**NICHOLAS & TOMASEVIC, LLP**

By: /s/ Craig M. Nicholas
Craig M. Nicholas
Alex Tomasevic
Shaun Markley

Attorneys for Plaintiff
*Gerald McGhee*
225 Broadway, Floor 19
San Diego, CA 92101
Tel: (619) 325-0492
Email: cnicholas@nicholaslaw.org
atomasevic@nicholaslaw.org
smarkley@nicholaslaw.org