**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (SBN 178444)
Alex Tomasevic (SBN 245598)
Shaun Markley (SBN 291785)
Ethan Litney (SBN 295603)
225 Broadway, 19th Floor
San Diego, California 92101
Tel: (619) 325-0492
Fax: (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: atomasevic@nicholaslaw.org
Email: smarkley@nicholaslaw.org
Email: elitney@nicholaslaw.org

**LAGUARDIA LAW, APC**
Eric A. LaGuardia (SBN 272791)
402 West Broadway, Suite 2200
San Diego, California 92101
Tel: (619) 655-4322
Fax: (619) 655-4344
Email: eal@laguardialaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD MCGHEE and JUNE BENNETT,<br><br>Plaintiffs,<br><br>vs.<br><br>NORTH AMERICAN BANCARD, LLC,<br><br>Defendants. | CASE NO. 17-cv-00586-AJB-KSC<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>**Judge**: Hon. Anthony J. Battaglia<br>**Magistrate**: Hon. Karen S. Crawford<br><br>**Complaint Filed**: March 24, 2017<br>**FAC Filed:** October 1, 2021<br>**Trial Date**: None Set |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE Plaintiffs June Bennett and Gerald McGhee and Defendant North American Bancard, LLC (collectively "the Parties") have reached a settlement in the above-captioned matter. The Parties are currently preparing a written settlement agreement. The Parties intend to file a Joint Motion to Dismiss within thirty (30) days of executing the settlement agreement.

Respectfully submitted:

DATED: August 30, 2022       By:

**LAGUARDIA LAW, APC**

*s/Eric LaGuardia*
Eric A. LaGuardia
402 West Broadway, Suite 2200
San Diego, California 92101
Telephone: (619) 655-4322
Facsimile: (619) 655-4344
Email: eal@laguardialaw.com

**NICHOLAS & TOMASEVIC, LLP**
Alex Tomasevic (SBN 245598)
225 Broadway, 19th Floor
San Diego, California 92101
Tel: (619) 325-0492
Fax: (619) 325-0496
Email: atomasevic@nicholaslaw.org

Attorneys for Plaintiffs

**MICHELMAN & ROBINSON, LLP**

DATED: August 30, 2022       By:   *s/Peter L. Steinman*
Peter L. Steinman (SBN 144303)
psteinman@mrllp.com
Steven S. Davis (SBN 79019)
sdavis@mrllp.com
Matthew F. Murray (SBN 313277)
mmurray@mrllp.com
10880 Wilshire Blvd., 19th Floor
Los Angeles, California 90024
Tel: (310) 564-2670
Fax: (310) 564-2671

Attorneys for Defendant, NORTH AMERICAN BANCARD, LLC

| | |
|---|---|
| 1 | **SIGNATURE CERTIFICATION** |

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Peter L. Steinman, counsel for Defendants, and that I have obtained Mr. Steinman's authorization to affix his electronic signature to this document.

Respectfully submitted:

DATED: August 30, 2022

**LAGUARDIA LAW, APC**

By:   *s/Eric LaGuardia*
Eric A. LaGuardia
402 West Broadway, Suite 2200
San Diego, California 92101
Telephone: (619) 655-4322
Facsimile: (619) 655-4344
Email: eal@laguardialaw.com

**NICHOLAS & TOMASEVIC, LLP**
Alex Tomasevic (SBN 245598)
225 Broadway, 19th Floor
San Diego, California 92101
Tel: (619) 325-0492
Fax: (619) 325-0496
Email: atomasevic@nicholaslaw.org

Attorneys for Plaintiffs