1  **NICHOLAS & TOMASEVIC, LLP**
2     Craig M. Nicholas (SBN 178444)
   Alex Tomasevic (SBN 245598)
   Shaun Markley (SBN 291785)
3  225 Broadway, 19th Floor
San Diego, California 92101
4  Telephone: (619) 325-0492
Facsimile: (619) 325-0496
5  cnicholas@nicholaslaw.org
atomasevic@nicholaslaw.org
6  smarkley@nicholaslaw.org

7  [Additional Counsel appear on signature page]

8  *Attorneys for Plaintiffs Gerald McGhee and June Bennett*

9  **MICHELMAN & ROBINSON, LLP**
   Peter L. Steinman (SBN 144303)
10    Steven S. Davis (SBN 79019)
10880 Wilshire Blvd., 19th Floor
11 Los Angeles, California 90024
Telephone:  (310) 564-2670
12 Facsimile:   (310) 564-2671
psteinman@mrllp.com
13 mmurray@mrllp.com

14 *Attorneys for Defendant North American Bancard, LLC*

# UNITED STATES DISCTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| GERALD MCGHEE and JUNE BENNETT,<br><br>       Plaintiffs,<br><br>vs.<br><br>NORTH AMERICAN BANCARD, LLC,<br><br>       Defendants. | Case No. 3:17-cv-00586-AJB-KSC<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>[Pursuant to FRCP 41 (a)(1)(A)(ii)]<br><br>**Magistrate**: Hon. Karen S. Crawford<br>**Judge**: Hon. Anthony J. Battaglia<br><br>**Complaint Filed**: March 24, 2017 |
|---|---|

TO THE HONORABLE COURT:

Pursuant to FRCP 41(a)(1)(A)(ii), Plaintiffs GERALD MCGHEE and JUNE BENNETT on the one hand, and Defendant NORTH AMERICAN BANCARD, LLC on the other, hereby jointly move and respectfully request that the Court enter an Order dismissing the above-entitled matter in its entirety, with prejudice, as the parties have reached a settlement and performed its terms.

Respectfully submitted:

DATED: November 10, 2022

**NICHOLAS & TOMASEVIC, LLP**

By: */s/ Alex Tomasevic*
Craig M. Nicholas (SBN 178444)
Alex Tomasevic (SBN 245598)
Shaun Markley (SBN 291785)
225 Broadway, 19th Floor
San Diego, California 92101
Tel: (619) 325-0492
Fax: (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: atomasevic@nicholaslaw.org
Email: smarkley@nicholaslaw.org

**LAGUARDIA LAW, APC**
Eric A. LaGuardia
402 West Broadway, Suite 800
San Diego, California 92101
Tel: (619) 655-4322
Fax: (619) 655-4344
Email: eal@laguardialaw.com

Attorneys for Plaintiffs

**MICHELMAN & ROBINSON, LLP**

DATED: November 10, 2022

By: */s/ Peter L. Steinman*
Peter L. Steinman (SBN 144303)
Steven S. Davis (SBN 79019)
10880 Wilshire Blvd., 19th Floor
Los Angeles, California 90024
Tel: (310) 564-2670
Fax: (310) 564-2671
Email: psteinman@mrllp.com
Email: sdavis@mrllp.com

Attorneys for Defendant, NORTH AMERICAN BANCARD, LLC

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Peter L. Steinman, counsel for Defendants, and that I have obtained Mr. Steinman's authorization to affix his electronic signature to this document.

Respectfully submitted:                    **NICHOLAS & TOMASEVIC, LLP**

DATED: November 10, 2022         By:   */s/ Alex Tomasevic*
                                                     Alex Tomasevic (SBN 245598)

                                                     Attorneys for Plaintiffs