# UNITED STATES DISCTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD MCGHEE and JUNE BENNETT,<br><br>Plaintiffs,<br><br>vs.<br><br>NORTH AMERICAN BANCARD, LLC,<br><br>Defendants. | Case No. 3:17-cv-00586-AJB-KSC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE** |

Having considered the parties' Joint Motion for Dismiss and for good cause appearing, it is **ORDERED** that:

1. The Joint Motion is Granted.
2. This action is DISMISSED WITH PREJUDICE.
3. Per stipulation of the parties, each party will bear and remain responsible for its own respective costs and fees, including any attorney's fees.

**IT IS SO ORDERED.**

Dated: November 10, 2022

Hon. Anthony J. Battaglia
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28